FILED

17 NOV 28 AM 11:41

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY LC    DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Danny G. Duty, Jr.<br><br>Plaintiff,<br><br>v.<br><br>R.M. Galicia, Inc. d/b/a Progressive Management Systems and Experian Information Solutions, Inc.<br><br>Defendants. | Case No.: 3:17-cv-01261-WQH-MDD<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>HON. WILLIAM Q. HAYES |

Based upon the joint motion, and good cause, this Court hereby orders the entire action against Defendants R.M. GALICIA, INC. D/B/A PROGRESSIVE MANAGEMENT SYSTEMS and EXPERIAN INFORMATION SOLUTIONS, INC. to be dismissed with prejudice. Each party is to bear their own attorneys' fees and costs.

IT IS ORDERED.

Dated: 11/22/17

_____
HON. WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE